UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIAMI INTERNATIONAL HOLDINGS INC.; MIAMI INTERNATIONAL SECURITIES EXCHANGE, LLC; MIAX PEARL, LLC; AND MIAMI INTERNATIONAL TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NASDAQ, INC.; NASDAQ ISE, LLC; AND FTEN, INC.,<br><br>Defendants. | Civil Action No.: 1:21-cv-01254-UNA |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs file this notice dismissing this action without prejudice. The same claims asserted in this action are being asserted by Plaintiffs against Defendants in the pending *Nasdaq, Inc., et al. v. Miami International Holdings, Inc.*, 3:17-cv-06664 (D.N.J.).

Dated: November 15, 2021

**REED SMITH LLP**

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

*Attorney for Plaintiffs*